FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 2 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CR 02-01583-001 _____ Date: 9/12/02

Hon. NANCY F. FIORA, United States Magistrate Judge _____ Judge #: 70BB

USA v. FRANK BARON

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk Pamela Sweigart _____ Recorded: Cass. #F02-69: 2044-3074

U.S. Atty: Nathan Leonardo _____ Dft Atty: Karen Ottenstein, CJA

Intrptr: N/A

---

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:** ☐ ARRAIGNMENT/PLEA ☒ CHANGE OF PLEA

☒ Waiver of Indictment filed     Age: 57 Years Old

☒ Information filed, CODE: Title 42, United States Code, Section: 408(a)(7)(B); Identity Fraud

☐ Dft states true name to be:_____

☒ Dft advised: ☒ Right to trial by jury ☒ Right to indictment by GJ

☒ Dft enters: ☒ GUILTY PLEA to THE INFORMATION

Lesser offense_____

☐ Court finds amount of ___ to be _____

☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED

☒ Guidelines case                    ☐ Non-guidelines case

☒ Continued for sentence to 12/12/02 @9:00 AM BEFORE Judge ROLL

☐ To be dismissed upon entry of judgment _____

☒ ORDER vacate trial date/motion hearing/motions moot

☒ Provided with copy of Indictment/Information  ☒ Waives reading

☐ ORDER defendant remain released pending sentence/remanded to USM

☒ Other: PSR ORDERED

---

copies to: Nathan Leonardo, PO, PSA, Karen Ottenstein,

(17)