**UNITED STATES DISTRICT COURT**
**OR THE DISTRICT OF ARIZONA**

Tucson

**CRIMINAL MINUTES**

___ FILED ___
___ RECEIVED ___ COPY

CR 02-01583-001-TUC-JMR           Date: 12/12/2002      DEC 20 2002
CASE NUMBER

Hon. JOHN M. ROLL, United States District Judge        Judge #: 7021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA v. FRANK JOSEPH BARONE

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk: Virginia Abeyta           Crt Rptr: Chris Calles
U.S. Atty: Nathan Leonardo              Intrptr: /A N/A
Dft Atty: Karen Ottenstein, (Appointed)  ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT    [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
  on Cts(s) ___ ☐ with supervision ☐ w/o supervision
☐ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of  12 Months  on Cts(s) INFO
☐ Supervised release term of  36 Months  by law Ct(s) INFO
☐ Fine of $2,000.00 on Ct(s) INFO       TOTAL FINE $2,000.00
☐ Restitution of $265.00 ordered pursuant to 1:3580
☐ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) INFO
☐ On Motion of U.S. Atty: Ct(s) N/A DISMISSED
☐ Order bond exonerated       ☐ Bond exonerated upon surrender to USM
☐ Dft advised of right to appeal  ☐ Appeal bond set at $_____
☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.
☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.
☐ Addt'l conditions probation/supervised release: 1. participate sub-abuse treatment/counseling per po 2. search and seizure per po 3. provide access to financial info per po 4. Not enter into any new financial contracts or large purchases without prior approval of the probation officer. 5. proof child support payments to po from New York and California agencies
☐ Other: _____

USA, PO, PSA, Counsel (Karen Ottenstein)

23