UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CRIMINAL ORDER - GENERAL)

Criminal Case No.: CR 02-1583 TUC JMR   Date: February 26, 2003

Title: U.S.A. vs. Frank Barone

=================================================================
=================================================================
HONORABLE JOHN M. ROLL
=================================================================

The Court is in receipt of a hand written letter from the defendant. The Court is aware this case is pending appeal with the Ninth Circuit Court of Appeals.

**IT IS ORDERED** as follows:

1. The hand written letter from the defendant dated February 20, 2003, be **FILED** in the Court file.

2. The Clerk **forward** copies of the above to counsel of record.

JOHN M. ROLL
District Court Judge

USA,
Levitt
JMR

(29)